UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                          Chapter 12 Case

Lundberg Farms Partnership,                                          Case No. 21-40285
                        Debtors.

---

## CHAPTER 12 PLAN

---

## ARTICLE I
### SUMMARY OF THE PLAN

This plan shall continue for a period of 60 months from its effective date. The property of the Debtor is being valued, and the claim of each secured creditor is being treated as secured in the amount of the value of the property securing such claim. Costs of administration are being paid on the effective date of the plan unless otherwise agreed to or directed by the Court. Priority claims are being paid in full as allowed. The Debtor will pay the Trustee no less than all disposable income, as that term is defined in 11 U. S. C. Section 1225, for Trustee administration and distribution to unsecured creditors. The deficiency claims of all secured creditors will be treated as unsecured claims unless otherwise ordered by the Court.

## ARTICLE II
### DEFINITIONS

1.      "Creditors" means all entities having a claim against the debtor.

2.      "Secured Creditor" means a creditor with a lien or security interest in property of the debtor.

3.      "Claim" means a debt that is owed by the Debtor.

4.      "Effective Date" means the date on which this plan is signed by all relevant parties.

5.      "Trustee" means the Chapter 12 Trustee.

## ARTICLE III
### CLASSIFICATION OF CLAIMS

CLASS 1        Costs of Administration

CLASS 2        Secured Claims

    A.  Minnwest Bank – Real Property

    B.  AgCountry Farm Credit Services, PCA – Real Property and Blanket Lien

C.  Financial Security Bank – Real Property

D.  Deere & Company d/b/a John Deere Financial – Disk Ripper

E.  Deere & Company d/b/a John Deere Financial – 9460R Tractor

F.  Rabo AgriFinance LLC – Judgment Lien

CLASS 3        Priority Unsecured Claims

CLASS 4        General Unsecured Claims

CLASS 5        Executory Contracts and Leases

## ARTICLE IV
### TREATMENT OF CLAIMS AND INTEREST

<u>CLASS 1 - Costs of Administration</u>

Class 1 includes compensation and expenses of professionals and court costs and all expenses incurred by the Debtor after the filing of their petition and before the entry of the order of confirmation and expenses of professionals and court costs, shall be paid in full on the effective date of the plan. Claims for compensation and expenses of professionals and court costs shall be paid upon approval by the Court and as directed by the Court.

A.  Attorney's Fees – Attorney's Fees will be paid after court approval to Debtor's attorneys, Stermer & Sellner, Chtd., 102 Parkway Drive, P.O. Box 514, Montevideo, MN 56265.

B.  Trustee's Fees - The Chapter 12 Trustee shall make application to the Court for approval of Trustee's fee and for any reasonable and necessary expenses of the Trustee in effectuating the Trustee's duties under the Bankruptcy Code in administering this case. The Debtor shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 Trustee as an estimated payment and the Trustee shall hold the fee until the Trustee's fees and expenses are applied for and approved by the Court. Once the Trustee's fees are approved, the Trustee shall pay them. If there are excess funds in the account at the end of the case, the money shall be paid to the unsecured creditors and any excess after paying the unsecured creditors shall be paid to the debtor, unless otherwise ordered by the Court. **All payments shall be made through the Chapter 12 Trustee unless otherwise stated herein. Creditors shall only accept direct payments from the debtor if specified in the Plan.**

<u>CLASS 2 – Secured Claims</u>

Class 1 consists of the following secured claims:

**A.  Minnwest Bank**

Debtor owes Minnwest Bank approximately $2,077,665.14, which is secured by Debtor's real property and real Property owned by Lundberg Farms Partnership (Case No. 21-40286). Debtor believes the real

property has a value of approximately $4,183,900.00. Kevin Lundberg shall sell his Arizona property, and any remaining proceeds from that sale shall be paid to Minnwest Bank. Kevin Lundberg shall also sell the Carlson building site, Property ID 09-011-101. Minnwest Bank has a first position mortgage in this property, and all proceeds from that sale shall be paid to Minnwest Bank. These sales shall be free and clear of any liens, and the sale of the property shall be by motion and with court approval.

The remaining debt shall be refinanced into one loan secured by Debtor's real estate. Interest will accrue on this the new principal balance at a rate of 4.00% per annum. Principal and interest will be amortized for a 30-year term. Payments shall be made bi-annually in the amount of $52,000.00, with the first payment due by June 1, 2022. Payment will be paid by Debtor, outside the plan. Principal and interest will be fully amortized by way of equal payments. Debtor may prepay the claims in whole or in part at any time.

### B. AgCountry Farm Credit Services, PCA

Debtor owes AgCountry Farm Credit Services, PCA ("AgCountry") approximately $929,789.84, which is secured by Kevin Lundberg's real property and real property and personal property owned by Debtor. This debt is secured by a blanket lien on Debtor's personal farm property, including but not limited to, farm products, accounts, general intangibles, machinery, equipment, government agricultural program payments, inventory, chattel paper and proceeds. This also includes an interest in the property owned by Kevin Lundberg's wholly owned corporation, Lundberg Farms, Inc.

This debt shall be refinanced into one loan secured by Debtor's interest in pre-bankruptcy property, including Debtor's equipment and accounts receivable. Interest will accrue on this the new principal balance at a rate of 4.00% per annum. Principal and interest will be amortized for a 10-year term, and balloon in 5 five years. Payments shall be made bi-annually in the amount of $57,500.00, with the first payment due by June 1, 2022. Payment will be paid by Debtor, outside the plan. Principal and interest will be fully amortized by way of equal payments. Debtor may prepay the claims in whole or in part at any time. In addition, Debtor will be liquidating certain equipment and Southern Minnesota Beet Sugar Cooperative ("SMBSC") shares during the duration of the plan. Proceeds from the sale of this collateral will be applied to AgCountry's debt, but the payments shall not affect or lower the bi-annual payments.

### C. Financial Security Bank

Debtor owes Minnwest Bank approximately $236,113.00, which is secured by Kevin Lundberg's real property, property ID 09-010-3100. Debtor believes the real property has a value of approximately $569,600.00. Interest will accrue on this the principal balance at a rate of 4.00% per annum. Principal and interest will be amortized for a 30-year term. Principal and interest will be fully amortized by way of equal payments. Payments shall be made bi-annually in the amount of $6,800.00, with the first payment due by

December 31, 2021. Payment will be paid by Lundberg Farms Partnership, outside this plan. Principal and interest will be fully amortized by way of equal payments. Debtor may prepay the claims in whole or in part at any time.

**D.  Deere & Company d/b/a John Deere Financial – Disk Ripper**

Debtor owes Deere & Company d/b/a John Deere Financial ("JDF") $15,869.32, which is secured by a Ecolo-Tiger 870 Disk Ripper. Debtor believes the equipment has a value of approximately $18,773.00. Interest will accrue on this the principal balance at a rate of 3.00% per annum. Principal and interest will be amortized for a 5-year term. Principal and interest will be fully amortized by way of equal payments. Payments shall be made annually in the amount of $3,465.14.00, with the first payment due by December 31, 2021. Payment will be paid by Lundberg Farms Partnership outside this plan. Principal and interest will be fully amortized by way of equal payments. Debtor may prepay the claims in whole or in part at any time.

**E.  Deere & Company d/b/a John Deere Financial – 9460R Tractor**

Debtor owes Deere & Company d/b/a John Deere Financial ("JDF") $135,501.16, which is secured by a 9460R Four Wheel Drive Tractor. Debtor believes the equipment has a value of approximately $135,000.00. Interest will accrue on this the principal balance at a rate of 5.00% per annum. Principal and interest will be amortized for a 5-year term. Principal and interest will be fully amortized by way of equal payments. Payments shall be made annually in the amount of $31,297.32, with the first payment due by December 31, 2021. Payment will be paid by Lundberg Farms Partnership outside their plan. Principal and interest will be fully amortized by way of equal payments. Debtor may prepay the claims in whole or in part at any time.

**F.  Rabo AgriFinance, LLC**

Debtor owes Rabo AgriFinance, LLC ("Rabo") approximately $134,366.39, which is secured by judgment lien. Interest will accrue on this the principal balance at a rate of 4.00% per annum. Principal and interest will be amortized for a 15-year term. Principal and interest will be fully amortized by way of equal payments. Payments shall be made annually in the amount of $12,500.00, with the first payment due by December 31, 2021. Payment will be paid by Trustee, during the term of the plan, than by Debtor once the plan has ended. Principal and interest will be fully amortized by way of equal payments. Debtor may prepay the claims in whole or in part at any time.

CLASS 3 – Priority Unsecured Claims

Class 3 consists of all claims entitled to priority under § 507, including the following:

A.  Internal Revenue Service: $108,362.53 – Will be paid in full pursuant to class 4.

CLASS 4 – Unsecured Claims

Class 4 consists of general unsecured claims, claims of all unsecured creditors which are as a result of

damages arising as a result of the rejection of unexpired leases and/or executory agreements, claims resulting from the value of a secured claim being of a value less than the security held against held claim, and/or those secured creditors whose claims are determined to be unsecured, claims of all accommodation parties and co-makers or loans of which the Debtor is the principal, and claims for taxes and penalties which are not included in any other Class.

The two unsecured claims filed by Financial Security Bank are unsecured loans from the Paycheck Protection Program, that are subject to forgiveness. One loan has already been forgiven, and Debtor expect the other to be forgiven as well. Because these notes are subject to forgiveness, they will not be paid during the course of this plan. If the 2021 PPP loan is not forgiven, Debtor shall amend this plan to include payment of any unforgiven portion of that loan.

Debtors will pay the remaining allowed unsecured claims, in the total approximate amount of $225,062.32, over the five-year term of the plan. The Debtors shall pay the unsecured creditors at least an amount equal to the amount required in the liquidation analysis set forth in Exhibit A. Debtor's anticipate that all unsecured creditors will be paid in full. Debtors' shall pay Trustee $55,000.00 per year over the course of the plan for a total amount of $262,500,000.00. Payments shall be made by December 31 of each year or earlier.

| 2021 Total Payment to Trustee | $73,000.00 |
|---|---|
| | |
| Trustee Fees | $3,650.00 |
| Debtor Attorney | $6,000.00 |
| Rabo Payment | $12,500.00 |
| Unsecured Creditors | $50,850.00 |

| 2022 Total Payment to Trustee | $73,000.00 |
|---|---|
| | |
| Trustee Fees | $3,650.00 |
| Debtor Attorney | $6,000.00 |
| Rabo Payment | $12,500.00 |
| Unsecured Creditors | $50,850.00 |

| 2023 Total Payment to Trustee | $73,000.00 |
|---|---|
| | |
| Trustee Fees | $3,650.00 |
| Debtor Attorney | $6,000.00 |
| Rabo Payment | $12,500.00 |
| Unsecured Creditors | $50,850.00 |

| 2024 Total Payment to Trustee | $73,000.00 |
|---|---|
| | |
| Trustee Fees | $3,650.00 |
| Debtor Attorney | $6,000.00 |
| Rabo Payment | $12,500.00 |
| Unsecured Creditors | $50,850.00 |

| 2025 Total Payment to Trustee | $73,000.00 |
|---|---|
| | |
| Trustee Fees | $3,650.00 |
| Debtor Attorney | $6,000.00 |
| Rabo Payment | $12,500.00 |
| Unsecured Creditors | $50,850.00 |

CLASS 5 – Executory Contracts and Leases

Class 5 consists of executory contracts and leases existing as of the date of filing. All such executory contracts and leases are rejected unless specifically assumed in this section. The debtor assumes the following executory contracts and leases:

A. None

## ARTICLE V
### CONTINUATION OF FARMING OPERATION

The Debtor propose to continue their farm operation on a smaller scale and liquidate some of their property. Debtor shall defer from the income and proceeds of said operation sums of money for reasonable and necessary farm expenditures. Such expenses would include the ordinary, reasonable expenses that are set forth in the exhibits attached hereto, including payments to creditors outside of the plan and reasonable capital improvements, including machinery, equipment, and livestock. Debtor's projections of income, operating expenses, and payments are attached as Exhibit B.

The However, it is understood that any significant purchases that requires new debt to be incurred will need court approval. As part of the continuing farm operation, Debtor shall submit operating reports and bank statements on a monthly basis to the Chapter 12 Trustee. All disposable income as defined by 11 U.S.C § 1225(b)(2) received during the term of the plan will be applied to make payments under the plan.

## ARTICLE VI
### DISPOSABLE INCOME

The Debtors' projections of gross income, operating expenses, living expenses and plan payments indicate that it may have disposable income annually in the approximate amount of **$100,000.00**. For the term of this Plan, all of the Debtor's disposable income, regardless of the amount, will be paid to the Trustee for payment of cost of administration and distribution to unsecured creditors. All

disposable income (future earnings not necessary for the continuation, preservation and operation of the farm and for the maintenance or support of the Debtor and his dependents) for 5 years following the effective date, shall be submitted to the Trustee for distribution. All creditors with Class 4 – General Unsecured Claims shall be paid a pro rata share of disposable income after administrative and priority claims have been paid.

## ARTICLE VII
### LIQUIDATION ANALYSIS

After deducting the amounts of the secured claims, exemptions, liquidation costs the Debtors' believe net equity in his property is $658,049.72. General and priority unsecured creditors (but not including attorney's fees) will receive no less than $225,062.32 over the life of the Plan, which will pay all the unsecured creditors who filed a claim in full. The Liquidation Analysis is attached as Exhibit A.

## ARTICLE VIII
### POST-PETITION GOVERNMENT TAX CLAIMS

Pursuant to 11 U.S.C. §1232(a), the claims of the IRS and the Minnesota Department of Revenue arising after the filing of the petition in this case and prior to the discharge as a result of the sale, transfer, exchange, or other disposition of property used in Debtor's farming operation shall be discharged and treated as unsecured claims arising before the date of filing and are not entitled to priority, i.e. part of Class 4. If the Debtor files a tax return for a period for which such a claim arises, the Debtor shall prepare and service a notice of the claim on the IRS and the Minnesota Department of Revenue in accordance with 11 U.S.C. § 1232(d)(2) and to the extent that the IRS, Minnesota Department of Revenue, or the trustee timely files a proof of claim pursuant to 11 U.S.C. § 1232(d)(3), the trustee shall pay the IRS and the Minnesota Department of Revenue as general unsecured creditors.

## ARTICLE IX
### EXECUTION OF PLAN AND CASH FLOW ANALYSIS

The debtor proposes to continue their farming operations and make the plan payments out of farm or other income. The debtor's projection of income, operating expenses, and plan payments are attached as Exhibit B.

## ARTICLE X
### RETENTION OF LIENS AND INCORPORATION OF DOCUMENTS

All creditors whose claims are treated as secured in this Plan shall retain his liens on the collateral securing their respective claims as specified in the Plan and until such claims are paid in full in the amount allowed as secured. Except as modified by the terms of this Plan, all documents evidencing indebtedness and security in favor of said secured creditors remain the same and are incorporated herein by reference as if more fully set out in this plan. This Plan and the Order confirming the Plan

may be recorded in the Office of the Register of Deeds of each county.

## **ARTICLE XI**
### GENERAL PROVISIONS

1.    The Court shall retain jurisdiction over the Debtor and his property for the term of the Plan.

2.    As part of the continuing farm operation, the Debtor shall submit operating reports and bank statements on a monthly basis to the Chapter 12 Trustee. The Debtor shall provide the Chapter 12 Trustee copies of tax returns annually once filed.


Dated: May 19, 2021                    STERMER & SELLNER, CHTD.

_Krystal M. Lynne_
Krystal M. Lynne  Atty ID #0392816
Attorney for Debtors
102 Parkway Drive, P.O. Box 514
Montevideo, MN 56265
Telephone: (320) 269-6491
E-mail: klynne@stermerlaw.com


Dated: May 19, 2021                    _Kevin Lundberg_
Kevin Lundberg, Managing Partner
Lundberg Farms Partnership

# Exhibit A

## LIQUIDATION ANALYSIS

### KEVIN LUNDBERG & LUNDBERG FARMS PARTNERSHIP

| Asset | Value | Lien | 2nd Lien | Exemption | NE Value |
|---|---|---|---|---|---|
| Real Property | | | | | |
| Property ID 09-011-101 | $63,400.00 | MB - $63,400.00 | | | $0.00 |
| Property ID 09-010-1000 | $560,800.00 | | | | $560,800.00 |
| Property ID 09-010-3100 | $569,600.00 | FSB - $240,000.00 | MB - $329,600.00 | | $0.00 |
| Property ID 1-010-3300 | $325,400.00 | MB - $325,400.00 | | | $0.00 |
| Property ID 09-010-2100 | $294,100.00 | MB – 294,100.00 | | | $0.00 |
| Property ID 09-010-2200 | $807,900.00 | MB - $807,900.00 | | | $0.00 |
| Property ID 06-0033-000 | $141,400.00 | MB - $141,400.00 | | | $0.00 |
| Property ID 303-56-079 | $256,300.00 | CU - $90,000.00 | MB - $166,300.00 | | $0.00 |
| Property ID 09-016-2302 | $540,800.00 | RAF- $135,000.00 | | | $405,800.00 |
| | | | | | |
| Chattel | | | | | |
| Equipment/Machinery | $230,500.00 | JD - $151,370.48 | AC - $60,000.00 | | $19,129.52 |
| | | | | | |
| Vehicles | | | | | |
| 1999 Chevy Pickup | $7,500.00 | | | $5,000.00 | $2,500.00 |
| 2006 Chevy Pickup | $2,000.00 | | | | $2,000.00 |
| Ford Service Truck | $15,000.00 | | | | $15,000.00 |
| | | | | | |
| Household/Misc. | | | | | |
| Household Goods | $7,500.00 | | | $7,500.00 | $0.00 |
| Electronics | $1,000.00 | | | $1,000.00 | $0.00 |
| Misc. Clothing | $500.00 | | | $500.00 | $0.00 |
| Jewelry | $750.00 | | | $750.00 | $0.00 |
| Cash | $200.00 | | | $200.00 | $50.00 |
| Citizen's Alliance | $500.00 | | | $375.00 | $125.00 |
| Financial Security Checking | $2,000.00 | | | $1,500.00 | $500.00 |
| Financial Security Savings | $100.00 | | | $75.00 | $25.00 |
| Lundberg Farms Partnership | $0.00 | | | $0.00 | $0.00 |
| Lundberg Farms Inc. | $350,000.00 | | | $0.00 | $350,000.00 |
| Co-op Dividends | $200,000.00 | | | $0.00 | $200,000.00 |
| SMSBC Shares (40) | $44,000.00 | | | $0.00 | $44,000.00 |
| Sylvan Pontoon | $3,500.00 | | | $0.00 | $3,500.00 |
| 2004 Larson Boat | $3,250.00 | | | $0.00 | $3,250.00 |
| Financial Security Checking | $113,500.00 | $111,000.00 PPP | | | $2,500.00 |
| Account Receivable | $45,000.00 | | | | $45,000.00 |
| SMSBC Shares (344) | $344,000.00 | AC - $344,000.00 | | | $0.00 |
| Steffes Proceeds | $70,620.20 | | | | $70,620.20 |
| SMSBC Unit Retains | $531,950.00 | AC - $531,950.00 | | | $0.00 |
| SMSBC Spreckels | $243,841.34 | | | | $100,000.00 |
| Hon Farms | $0.00 | | | | $0.00 |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **Total NE Assets** | | | | | **$1,164,750** |
| **Total NE Assets** | | | | | **$660,049.72** |
| Liquidation | | | | |
| Chapter 7 Trustee Fees | $67,383.00 | | | | |
| Liquidation Costs (15%) | $220,665.00 | | | | |
| | | | | | |
| **Liquidation Test** | | | | | **$1,824,799.72** |

Please note that many of the secured creditors such as Minnwest Bank and AgCountry have a security interest in more property than noted above.  But for purposes of the liquidation analysis, their claim as been limited to the value of their claim and the property necessary to cover their claim.

| | |
|---|---|
| Kevin Lundberg Assets | |
| Lundberg Farms Partnership Assets | |


## Annual Cash Flow Plan Executive Summary

### Projected Cash Flow Summary

| | | |
|---|---|---:|
| Total operating inflow | | 599,903 |
| Total operating outflow | (-) | 315,148 |
| Capital purchases | (-) | 35,000 |
| Capital sales | (+) | - |
| New credit | (+) | 110,595 |
| Loan payments | (-) | 217,079 |
| **Net cash flow** | **(=)** | **143,271** |
| | | |
| Beginning cash balance | (+) | - |
| Change in operating loan | (+) | - |
| Ending cash balance | (=) | 143,271 |
| | | |
| Beginning operating loan balance | | - |
| Ending operating loan balance | | - |

### Projected Change in Working Capital

| | | |
|---|---|---:|
| Change in cash | | 143,271 |
| Change in other current loans | (-) | 110,595 |
| Estimated change in working capital | (=) | 32,676 |

### Projected Income Statement

| | | |
|---|---|---:|
| Gross cash farm income | | 595,103 |
| Inventory change - income items | (+) | - |
| Gross revenue | (=) | 595,103 |
| | | |
| Cash farm operating expense | | 315,148 |
| Interest expense | (+) | 217,079 |
| Depreciation | (+) | - |
| Inventory change - expense items | (+) | - |
| Total farm expense | (=) | 532,227 |
| Net farm income | | 62,876 |

### Projected Earned Net Worth Change

| | | |
|---|---|---:|
| Net farm income | | 62,876 |
| Personal income | (+) | 4,800 |
| Family living expense | (-) | - |
| Income taxes accrued | (-) | - |
| Earned net worth change | (=) | 67,676 |

### Term Debt Coverage

| | | |
|---|---|---:|
| Net farm income from operations | | 62,876 |
| Depreciation | (+) | - |
| Personal income | (+) | 4,800 |
| Family living expense | (-) | - |
| Income taxes accrued | (-) | - |
| Interest on term debt | (+) | 217,079 |
| Capital debt repayment capacity | (=) | 284,755 |
| Term debt payments | | 217,079 |
| Capital debt repayment margin | | 67,676 |
| Term debt coverage ratio | | 1.31 |

### Financial Standards Measures

| Liquidity | Beginning | Ending |
|---|---:|---:|
| Current ratio | - | 1.3 |
| Working capital | - | 32,676 |
| Working capital to gross revenue | - % | 5.5 % |
| **Solvency (market)** | | |
| Debt to asset ratio | - % | 62.0 % |
| Debt to equity ratio | - | 1.6 |
| **Profitability (market)** | | |
| Net farm income | | 62,876 |
| Rate of return on assets | | 314.1 % |
| Rate of return on equity | | 185.8 % |
| Operating profit margin | | 47.0 % |
| EBITDA | | 279,955 |
| **Repayment Capacity** | | |
| Term debt coverage ratio (farm) | | 1.31 |
| Replacement margin coverage ratio | | 1.31 |
| **Efficiency** | | |
| Asset turnover rate (market) | | 667.6 |
| Operating expense ratio | | 53.0 % |
| Depreciation ratio | | - % |
| Interest expense ratio | | 36.5 % |
| Net farm income ratio | | 10.6 % |
| **Other** | | |
| Term debt coverage (farm+personal) | | 1.31 |
| Term debt to EBITDA | | - |

### Shocks to Farm Term Debt Coverage Ratio

| | |
|---|---:|
| 10% decrease in gross income | 1.04 |
| 10% increase in operating expenses | 1.17 |
| 3% increase in interest rates | 1.31 |

## PROJECTED NET CASH FLOW

| Cash Inflows | Quantity | Price | Inflow | Cash Outflows | Outflow |
|---|---|---|---|---|---|
| Sugar Beets | 1,650 ton | 45.00 /ton | 74,250 | Seed and plants | 15,673 |
| Custom work income | | | 275,950 | Fertilizer | 5,625 |
| Other farm income | | | 93,623 | Crop chemicals | 11,250 |
| Farm rental income | | | 151,280 | Crop insurance | 3,500 |
| Personal business income | | | 4,800 | Fuel & oil | 24,000 |
| Total operating inflows | | | 599,903 | Repairs | 34,000 |
| | | | | Custom hire | 7,600 |
| **New Credit** | | | | Hired labor | 94,300 |
| FSB-PPP Loan | | | 110,595 | Owner wages & benefits | 3,750 |
| Total new credit | | | 110,595 | Land rent | 18,750 |
| | | | | Machinery leases | 84,700 |
| | | | | Farm insurance | 12,000 |
| | | | | Total operating outflows | 315,148 |
| | | | | | |
| | | | | **Capital Purchases** | |
| | | | | Topper | 35,000 |
| | | | | Total capital purchases | 35,000 |
| | | | | | |
| | | | | **Loan Payments** | |
| | | | | Individual-Trustee Beet | 4,800 |
| | | | | FSB-PPP Loan | - |
| | | | | Minnwest Bank-Land loan | 97,716 |
| | | | | Individual-Trustee Sale | 73,000 |
| | | | | FSB-land Loan | 6,800 |
| | | | | John Deere Credit-9460R | 31,298 |
| | | | | John Deere Credit-870 | 3,465 |
| | | | | Total loan payments | 217,079 |
| | | | | | |
| Total cash inflows | | | 710,498 | Total cash outflows | 567,227 |
| | | | | | |
| | | | | Net cash flow | 143,271 |

## *CROP & LIVESTOCK PRODUCTION*

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Sugar Beets | 75.0 Acres | 22.0 ton | 100 | 1,650 ton |
| Total crops | 75 Acres | | | |

## *CROP INVENTORY SUMMARY*

| | Beginning Inventory | Produced | Purchased | Fed | Sold | Ending Inventory |
|---|---|---|---|---|---|---|
| Corn (bu.) | - | - | - | - | - | - |
| Sugar Beets (ton) | - | 1,650 | - | - | 1,650 | - |

## *PROJECTED INVENTORY CHANGE*

| Commodity | Begin Inventor | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Accounts receivable | | | 0 | | | 0 | 0 |
| Hedging accounts | | | 0 | | | 0 | 0 |
| Other current assets | | | 0 | | | 0 | 0 |
| Total income items | | | 0 | | | 0 | 0 |
| | | | | | | | |
| Prepaid expenses & supplies | | | 0 | | | 0 | 0 |
| Growing crops | | | 0 | | | 0 | 0 |
| Accounts payable | | (End) | 0 | | (Beg) | 0 | 0 |
| Accrued interest | | (End) | 0 | | (Beg) | 0 | 0 |
| Total expense items | | | 0 | | | 0 | 0 |
| | | | | | | | |
| Total inventories | | | 0 | | | 0 | 0 |

## *BALANCE SHEETS*

|  | 5/15/2021 | Projected 1/1/2021 |
|---|---|---|

## *ASSETS*

### *Current Assets*

| | | |
|---|---|---|
| Cash and checking | - | 143,271 |
| Total current assets | - | 143,271 |

### *Intermediate Assets*

| | | |
|---|---|---|
| Machinery | - | 35,000 |
| Total intermediate assets | - | 35,000 |

### *Long Term Assets*

| | | |
|---|---|---|
| Total long term assets | - | - |
| Total farm assets | - | 178,271 |
| Personal assets | - | - |
| Total assets | - | 178,271 |

## *LIABILITIES*

### *Current Liabilities*

| | | |
|---|---|---|
| FSB-PPP Loan | - | 110,595 |
| Total current liabilities | - | 110,595 |

### *Intermediate Liabilities*

| | | |
|---|---|---|
| Total inter. liabilities | - | - |

### *Long Term Liabilities*

| | | |
|---|---|---|
| Total long term liab. | - | - |
| Total farm liabilities | - | 110,595 |
| Personal liabilities | - | - |
| Total liabilities | - | 110,595 |
| Net worth | - | 67,676 |
| Net worth change | 67,676 | |
| Total debt to asset ratio | - % | 62 % |



## *Annual Cash Flow Plan Executive Summary*

### *Projected Cash Flow Summary*

| | | |
|---|---|---|
| Total operating inflow | | 2,466,138 |
| Total operating outflow | (-) | 1,997,665 |
| Capital purchases | (-) | - |
| Capital sales | (+) | - |
| New credit | (+) | - |
| Loan payments | (-) | 355,500 |
| **Net cash flow** | **(=)** | **112,973** |
| | | |
| Beginning cash balance | (+) | - |
| Change in operating loan | (+) | - |
| Ending cash balance | (=) | 112,973 |
| | | |
| Beginning operating loan balance | | - |
| Ending operating loan balance | | - |

### *Projected Change in Working Capital*

| | | |
|---|---|---|
| Change in cash | | 112,973 |
| Estimated change in working capital | (=) | 112,973 |

### *Projected Income Statement*

| | | |
|---|---|---|
| Gross cash farm income | | 2,446,138 |
| Inventory change - income items | (+) | - |
| Gross revenue | (=) | 2,446,138 |
| | | |
| Cash farm operating expense | | 1,997,665 |
| Interest expense | (+) | 355,500 |
| Depreciation | (+) | - |
| Inventory change - expense items | (+) | - |
| Total farm expense | (=) | 2,353,165 |
| Net farm income | | 92,973 |

### *Projected Earned Net Worth Change*

| | | |
|---|---|---|
| Net farm income | | 92,973 |
| Personal income | (+) | 20,000 |
| Family living expense | (-) | - |
| Income taxes accrued | (-) | - |
| Earned net worth change | (=) | 112,973 |

### *Term Debt Coverage*

| | | |
|---|---|---|
| Net farm income from operations | | 92,973 |
| Depreciation | (+) | - |
| Personal income | (+) | 20,000 |
| Family living expense | (-) | - |
| Income taxes accrued | (-) | - |
| Interest on term debt | (+) | 355,500 |
| Capital debt repayment capacity | (=) | 468,473 |
| Term debt payments | | 355,500 |
| Capital debt repayment margin | | 112,973 |
| Term debt coverage ratio | | 1.32 |

### *Financial Standards Measures*

| | Beginning | Ending |
|---|---|---|
| **Liquidity** | | |
| Current ratio | - | n/a |
| Working capital | - | 112,973 |
| Working capital to gross revenue | - % | 4.6 % |
| **Solvency (market)** | | |
| Debt to asset ratio | - % | - % |
| Debt to equity ratio | - | - |
| **Profitability (market)** | | |
| Net farm income | | 92,973 |
| Rate of return on assets | | 793.9 % |
| Rate of return on equity | | 164.6 % |
| Operating profit margin | | 18.3 % |
| EBITDA | | 448,473 |
| **Repayment Capacity** | | |
| Term debt coverage ratio (farm) | | 1.32 |
| Replacement margin coverage ratio | | 1.32 |
| **Efficiency** | | |
| Asset turnover rate (market) | | 4,330.5 |
| Operating expense ratio | | 81.7 % |
| Depreciation ratio | | - % |
| Interest expense ratio | | 14.5 % |
| Net farm income ratio | | 3.8 % |
| **Other** | | |
| Term debt coverage (farm+personal) | | 1.32 |
| Term debt to EBITDA | | - |

### *Shocks to Farm Term Debt Coverage Ratio*

| | |
|---|---|
| 10% decrease in gross income | 0.63 |
| 10% increase in operating expenses | 0.76 |
| 3% increase in interest rates | 1.32 |

## PROJECTED NET CASH FLOW

| Cash Inflows | Quantity | Price | Inflow | Cash Outflows | Outflow |
|---|---|---|---|---|---|
| Corn | 380,190 bu. | 4.25/bu. | 1,615,808 | Seed and plants | 280,120 |
| Haylage, Alfalfa | 1,756 ton | 105.00/ton | 184,380 | Fertilizer | 212,100 |
| Sugar Beets | 5,000 ton | 44.00/ton | 220,000 | Crop chemicals | 76,024 |
| Custom work income | | | 275,950 | Crop insurance | 39,618 |
| Other farm income | | | 150,000 | Drying expense | 30,615 |
| Personal business income | | | 20,000 | Fuel & oil | 21,000 |
| Total operating inflows | | | 2,466,138 | Repairs | 45,000 |
| | | | | Custom hire | 199,003 |
| | | | | Hired labor | 100,000 |
| | | | | Land rent | 841,035 |
| | | | | Machinery leases | 38,650 |
| | | | | Building leases | 25,000 |
| | | | | Real estate taxes | 16,000 |
| | | | | Farm insurance | 25,000 |
| | | | | Utilities | 36,000 |
| | | | | Dues & professional fees | 12,500 |
| | | | | Total operating outflows | 1,997,665 |
| | | | | | |
| | | | | **Loan Payments** | |
| | | | | Ag Country-loan | 115,000 |
| | | | | Minnwest-Land | 115,000 |
| | | | | St Bank Kerkhoven-Land | 17,500 |
| | | | | John Deere Credit-9460R | 31,500 |
| | | | | John Deere Credit-870 | 3,500 |
| | | | | Individual-Trustee | 73,000 |
| | | | | Total loan payments | 355,500 |
| | | | | | |
| Total cash inflows | | | 2,466,138 | Total cash outflows | 2,353,165 |
| | | | | | |
| | | | | Net cash flow | 112,973 |

## *CROP & LIVESTOCK PRODUCTION*

| Enterprise | Units | Production Per Unit | Share | Operator Production |
|---|---|---|---|---|
| Corn | 2,001.0 Acres | 190.0 bu. | 100 | 380,190 bu. |
| Haylage, Alfalfa | 439.0 Acres | 4.00 ton | 100 | 1,756 ton |
| Sugar Beets | 200.0 Acres | 25.0 ton | 100 | 5,000 ton |
| Total crops | 2,640 Acres | | | |

## *CROP INVENTORY SUMMARY*

| | Beginning Inventory | Produced | Purchased | Fed | Sold | Ending Inventory |
|---|---|---|---|---|---|---|
| Corn (bu.) | - | 380,190 | - | - | 380,190 | - |
| Haylage, Alfalfa (ton) | - | 1,756 | - | - | 1,756 | - |
| Sugar Beets (ton) | - | 5,000 | - | - | 5,000 | - |

## *PROJECTED INVENTORY CHANGE*

| Commodity | Begin Inventor | $/Unit | Begin Value | Ending Inventory | $/Unit | Ending Value | Change |
|---|---|---|---|---|---|---|---|
| Accounts receivable | | | 0 | | | 0 | 0 |
| Hedging accounts | | | 0 | | | 0 | 0 |
| Other current assets | | | 0 | | | 0 | 0 |
| Total income items | | | 0 | | | 0 | 0 |
| | | | | | | | |
| Prepaid expenses & supplies | | | 0 | | | 0 | 0 |
| Growing crops | | | 0 | | | 0 | 0 |
| Accounts payable | | (End) | 0 | | (Beg) | 0 | 0 |
| Accrued interest | | (End) | 0 | | (Beg) | 0 | 0 |
| Total expense items | | | 0 | | | 0 | 0 |
| | | | | | | | |
| Total inventories | | | 0 | | | 0 | 0 |

## BALANCE SHEETS

|  | 5/15/2021 | Projected 3/1/2021 |
|---|---|---|

## ASSETS

### Current Assets
| | | |
|---|---|---|
| Cash and checking | - | 112,973 |
| Total current assets | - | 112,973 |

### Intermediate Assets
| | | |
|---|---|---|
| Total intermediate assets | - | - |

### Long Term Assets
| | | |
|---|---|---|
| Total long term assets | - | - |
| | | |
| Total farm assets | - | 112,973 |
| Personal assets | - | - |
| Total assets | - | 112,973 |

## LIABILITIES

### Current Liabilities
| | | |
|---|---|---|
| Total current liabilities | - | - |

### Intermediate Liabilities
| | | |
|---|---|---|
| Total inter. liabilities | - | - |

### Long Term Liabilities
| | | |
|---|---|---|
| Total long term liab. | - | - |
| | | |
| Total farm liabilities | - | - |
| | | |
| Personal liabilities | - | - |
| Total liabilities | - | - |
| | | |
| Net worth | - | 112,973 |
| Net worth change | 112,973 | |
| | | |
| Total debt to asset ratio | - % | - % |



### EXECUTIVE SUMMARY

| | | | **2023** | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|
| Total crop acres | | | 2,639 | 2,639 | 2,639 | 2,639 |
| Total labor hours | | | - | - | - | - |
| Change in farm assets | | | - | - | - | - |
| Change in farm liabilities | | | 3,506,449 | 3,271,452 | 3,029,843 | 2,778,372 |

| **Crop Plan** | **Yield/Acre** | **Share** | | | | |
|---|---|---|---|---|---|---|
| Corn | 190.0 bu. | 100 % | 2,000.0 | 2,100.0 | 2,064.0 | 2,064.0 |
| Sugar Beets | 28.0 ton | 100 % | 200.0 | 200.0 | 200.0 | 200.0 |
| Hay, Green Chop, 2010 | 4.0 ton | 100 % | 439.0 | 339.0 | 375.0 | 375.0 |

| **Key Financial Measures** | | | | | | |
|---|---|---|---|---|---|---|
| Net farm income | | | 371,894 | 392,034 | 397,962 | 397,495 |
| Cash surplus or deficit | | | 140,844 | 149,453 | 146,981 | 140,993 |
| Net worth change per year | | | 369,838 | 389,438 | 395,207 | 394,752 |
| | | | | | | |
| Rate of return on assets | | | - % | - % | - % | - % |
| Term debt coverage ratio | | | 1.40 | 1.42 | 1.41 | 1.40 |

| **Financial Shocks -- Cash Surplus With:** | | | | | | |
|---|---|---|---|---|---|---|
| 5% decrease in prices | | | 42,114 | 48,838 | 47,044 | 41,056 |
| 5% increase in operating expenses | | | 47,842 | 54,801 | 51,435 | 44,912 |
| 3% increase in interest rates | | | 51,075 | 67,149 | 70,642 | 68,640 |

## PROFITABILITY

### INCOME STATEMENT

| | | | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|
| | Corn | $ 4.25/bu. | 1,615,000 | 1,695,750 | 1,666,680 | 1,666,680 |
| | Sugar Beets | $ 41.00/ton | 229,600 | 229,600 | 229,600 | 229,600 |
| | Hay, Green Chop | $ 105/ton | 184,380 | 142,380 | 157,500 | 157,500 |
| | Custom work income | | 230,000 | 235,000 | 240,000 | 245,000 |
| | Other farm income | | 150,000 | 150,000 | 175,000 | 175,000 |
| (A) | **Gross farm income** | | **2,408,980** | **2,452,730** | **2,468,780** | **2,473,780** |
| | Seed | | 239,755 | 244,255 | 242,635 | 242,635 |
| | Fertilizer | | 189,325 | 189,225 | 189,261 | 189,261 |
| | Crop chemicals | | 73,000 | 75,400 | 74,536 | 74,536 |
| | Crop insurance | | 45,000 | 46,800 | 46,152 | 46,152 |
| | Drying expense | | 30,000 | 31,500 | 30,960 | 30,960 |
| | Interest | | 125,818 | 115,516 | 107,274 | 101,741 |
| | Fuel & oil | | 21,000 | 23,000 | 24,000 | 25,000 |
| | Repairs | | 45,000 | 48,000 | 49,000 | 51,000 |
| | Custom hire | | 199,003 | 210,000 | 200,000 | 190,000 |
| | Hired labor | | 100,000 | 105,000 | 120,000 | 125,000 |
| | Land rent | | 841,035 | 840,000 | 845,000 | 850,000 |
| | Machinery leases | | 38,650 | 40,000 | 45,000 | 48,000 |
| | Real estate taxes | | 16,000 | 16,500 | 17,000 | 18,000 |
| | Farm insurance | | 25,000 | 26,000 | 27,000 | 28,000 |
| | Utilities | | 36,000 | 37,000 | 38,000 | 40,000 |
| | Dues & professional fees | | 12,500 | 12,500 | 15,000 | 16,000 |
| (B) | **Total cash farm expense** | | **2,037,086** | **2,060,696** | **2,070,818** | **2,076,285** |
| (C) | Net cash farm income | (A-B) | 371,894 | 392,034 | 397,962 | 397,495 |
| (D) | Depreciation | | - | - | - | - |
| (E) | **Net farm income** | (C-D) | **371,894** | **392,034** | **397,962** | **397,495** |

### PROFITABILITY MEASURES (Market)

| | | 2023 | 2024 | 2025 | 2026 |
|---|---|---:|---:|---:|---:|
| | Net farm income | (E) | 371,894 | 392,034 | 397,962 | 397,495 |
| | Rate of return on farm assets | (H/I) | - % | - % | - % | - % |
| | Rate of return on farm equity | (J/K) | - % | - % | - % | - % |
| | Rate of return on added investment | (L/M) | | - % | - % | - % |
| | Operating profit margin | (H/N) | 15.7 % | 15.7 % | 15.5 % | 15.2 % |
| | Asset turnover rate | (N/I) | - % | - % | - % | - % |
| (F) | Farm interest paid | | 125,818 | 115,516 | 107,274 | 101,741 |
| (G) | Value of unpaid oper labor & mgmt | | 120,449 | 122,637 | 123,439 | 123,689 |
| (H) | Return on farm assets | (E+F-G) | 377,263 | 384,913 | 381,797 | 375,547 |
| (I) | Total farm assets | | - | | - | |
| (J) | Return on farm equity | (E-G) | 251,445 | 269,398 | 274,523 | 273,806 |
| (K) | Total farm net worth | | -3,506,449 | -3,271,452 | -3,029,843 | -2,778,372 |
| (L) | Added return | | | 7,651 | 4,534 | -1,716 |
| (M) | Added capital invested | | | - | | |
| (N) | Value of farm production | | 2,408,980 | 2,452,730 | 2,468,780 | 2,473,780 |

## REPAYMENT CAPACITY

### CASH FLOW

| | | | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---:|---:|---:|---:|
| | Net cash farm income | (C) | 371,894 | 392,034 | 397,962 | 397,495 |
| | Nonfarm income | (+) | 20,000 | 20,000 | 20,000 | 20,000 |
| | Family living | (-) | - | - | - | - |
| | Income taxes | (-) | 22,057 | 22,597 | 22,755 | 22,743 |
| | Cash available for principal payments | (=) | 369,838 | 389,438 | 395,207 | 394,752 |
| | Farm interest paid | (+) | 125,818 | 115,516 | 107,274 | 101,741 |
| | Cash avail. for principal and interest | (=) | 495,655 | 504,953 | 502,481 | 496,493 |
| | Ag Country-Loan | | 114,636 | 115,000 | 115,000 | 115,000 |
| | Minnwest-Land | | 115,000 | 115,000 | 115,000 | 115,000 |
| | Individual-Trustee | | 73,000 | 73,000 | 73,000 | 73,000 |
| | John Deere Credit-9460 | | 31,500 | 31,500 | 31,500 | 31,500 |
| | John Deere Credit-870 | | 3,500 | 3,500 | 3,500 | 3,500 |
| | Financial Security B-Jeans | | 17,175 | 17,500 | 17,500 | 17,500 |
| | Total scheduled principal and interest | (-) | 354,811 | 355,500 | 355,500 | 355,500 |
| | Cash available after loan payments | (=) | 140,844 | 149,453 | 146,981 | 140,993 |
| | Annual capital replacement | | - | - | - | - |
| | Principal paid on intermediate debt | | - | - | - | - |
| (O) | Cash required for replacement | (-) | - | - | - | - |
| | **Cash surplus or deficit** | (=) | **140,844** | **149,453** | **146,981** | **140,993** |

### *CAPITAL DEBT REPAYMENT CAPACITY*

| | | | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|
| | Net farm income | (D) | 371,894 | 392,034 | 397,962 | 397,495 |
| | Depreciation | (+) | - | - | - | - |
| | Nonfarm income | (+) | 20,000 | 20,000 | 20,000 | 20,000 |
| | Family living | (-) | - | - | - | - |
| | Income taxes | (-) | 22,057 | 22,597 | 22,755 | 22,743 |
| | Interest on term debt | (+) | 125,818 | 115,516 | 107,274 | 101,743 |
| (P) | Capital debt repayment capacity | (=) | 495,655 | 504,953 | 502,481 | 496,493 |
| (Q) | Term debt payments | (-) | 354,811 | 355,500 | 355,500 | 355,500 |
| | Capital debt repayment margin | (=) | 140,844 | 149,453 | 146,981 | 140,993 |
| (R) | Cash required for replacement | (O) | - | - | - | - |
| | Replacement margin | | 140,844 | 149,453 | 146,981 | 140,993 |
| | Term debt coverage ratio | (P/Q) | 1.40 | 1.42 | 1.41 | 1.40 |
| | Replacement coverage ratio | (P/Q+R) | 1.40 | 1.42 | 1.41 | 1.40 |

## *SOLVENCY*

### *BALANCE SHEET (Market)*

| | | | | | | |
|---|---|---|---|---|---|---|
| | Current farm assets | | - | - | - | - |
| | Intermediate farm assets | (+) | - | - | - | - |
| | Long term farm assets | (+) | - | - | - | - |
| (S) | Total assets | (=) | - | - | - | - |
| | Current farm liabilities | | 211,602 | 221,750 | 231,476 | 241,601 |
| | Intermediate farm liabilities | (+) | - | - | - | - |
| | Long term farm liabilities | (+) | 3,294,847 | 3,049,702 | 2,798,367 | 2,536,771 |
| (T) | Total liabilities | (=) | 3,506,449 | 3,271,452 | 3,029,843 | 2,778,372 |
| | Net worth | (S-T) | -3,506,449 | -3,271,452 | -3,029,843 | -2,778,372 |

### *SOLVENCY MEASURES*

| | | | | | |
|---|---|---|---|---|---|
| Current debt to assets | | n/a | n/a | n/a | n/a |
| Intermediate debt to assets | | - % | - % | - % | - % |
| Long term debt to assets | | n/a | n/a | n/a | n/a |
| Total debt to asset ratio | (T/S) | n/a | n/a | n/a | n/a |

### NET WORTH CHANGE

| | | | | | | |
|---|---|---|---|---|---|---|
| (E) | Net farm income | | 371,894 | 392,034 | 397,962 | 397,495 |
| | Nonfarm income | (+) | 20,000 | 20,000 | 20,000 | 20,000 |
| | Family living | (-) | - | - | - | - |
| | Income taxes | (-) | 22,057 | 22,597 | 22,755 | 22,743 |
| | **Earned net worth change per year** | (=) | **369,838** | **389,438** | **395,207** | **394,752** |

| FINANCIAL STANDARDS MEASURES | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|
| Liquidity | | | | |
| Current ratio | - | - | - | - |
| Working capital | -211,602 | -221,750 | -231,476 | -241,601 |
| Working capital to gross revenue | -8.8 % | -9.0 % | -9.4 % | -9.8 % |
| Solvency | | | | |
| Farm debt to asset ratio | n/a | n/a | n/a | n/a |
| Farm equity to asset ratio | - % | - % | - % | - % |
| Farm debt to equity ratio | - | - | - | - |
| Profitability | | | | |
| Rate of return on farm assets | - % | - % | - % | - % |
| Rate of return on farm equity | - % | - % | - % | - % |
| Operating profit margin | 15.7 % | 15.7 % | 15.5 % | 15.2 % |
| Net farm income | 371,894 | 392,034 | 397,962 | 397,495 |
| EBITDA | 497,712 | 507,550 | 505,236 | 499,236 |
| Repayment Capacity | | | | |
| Capital debt repayment capacity | 495,655 | 504,953 | 502,481 | 496,493 |
| Capital debt repayment margin | 140,844 | 149,453 | 146,981 | 140,993 |
| Replacement margin | 140,844 | 149,453 | 146,981 | 140,993 |
| Term debt coverage ratio | 1.40 | 1.42 | 1.41 | 1.40 |
| Replacement coverage ratio | 1.40 | 1.42 | 1.41 | 1.40 |
| Efficiency | | | | |
| Asset turnover rate | - % | - % | - % | - % |
| Operating expense ratio | 79.3 % | 79.3 % | 79.5 % | 79.8 % |
| Depreciation expense ratio | - % | - % | - % | - % |
| Interest expense ratio | 5.2 % | 4.7 % | 4.3 % | 4.1 % |
| Net farm income ratio | 15.4 % | 16.0 % | 16.1 % | 16.1 % |